[41 C.2d 901; 256 P.2d 933]

[L. A. No. 21698.   In Bank.   May 12, 1953.]

HOYT REED, Appellant, v. CARL O. NORMAN et al.,
Respondents.

Hy Schwartz for Appellant.

John Earl Haskins, in pro. per., and Alfred Jay Luke for
Respondents.

THE COURT.—This appeal presents the same issues as
those decided in *Reed* v. *Norman, ante,* p. 17 [256 P.2d
930] filed this day, and that decision is controlling herein.
The judgment is reversed.